**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ROBIE KINSLEY AND CARLA MAY,**
**Individually and on behalf of all others**
**Similarly situated**

**VERSUS**                                                    **NO. 22-48-SDD-RLB**

**PROGRESSIVE PALOVERDE**
**INSURANCE COMPANY**

## ORDER

The parties having filed a Joint Stipulation of Dismissal;[1]

**IT IS ORDERED** that the above-captioned and entitled action, is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii).

Signed in Baton Rouge, Louisiana, on February 5, 2024.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 70.